THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
JAMES VETRI, Appellant.

Submitted October 3, 1955; decided October 5, 1955.

Motion for enlargement of time granted and case set down for argument during the November, 1955, session of the Court of Appeals.